B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hallmark Woodworkers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**06-1421533** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11 Precision Road**<br>**Danbury, CT**<br>ZIP Code **06810** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hallmark Woodworkers, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hallmark Woodworkers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Douglas S. Skalka, Esq.**
Signature of Attorney for Debtor(s)

**Douglas S. Skalka, Esq. ct00616**
Printed Name of Attorney for Debtor(s)

**Neubert, Pepe & Monteith, P.C.**
Firm Name

**195 Church Street, 13th Floor**
**New Haven, CT 06510**


Address

**203-821-2000  Fax: 203-821-2008**
Telephone Number

**March  1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Griffin**
Signature of Authorized Individual

**John Griffin**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Hallmark Woodworkers, Inc.**                              Case No.
                              Debtor(s)                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Andy's Home Improvement LLC<br>115 Hardesty Road<br>Stamford, CT 06903 | Andy's Home Improvement LLC<br>115 Hardesty Road<br>Stamford, CT 06903 | | | 160,924.00 |
| Keiver-Willard Lumber Corp<br>11-13 Graf Road<br>Newburyport, MA 01950-4091 | Keiver-Willard Lumber Corp<br>11-13 Graf Road<br>Newburyport, MA 01950-4091 | | | 144,518.60 |
| Rockwood Pine Wood Doors<br>5264 TWP Rd 401<br>Millersburg, OH 44654 | Rockwood Pine Wood Doors<br>5264 TWP Rd 401<br>Millersburg, OH 44654 | | | 139,916.79 |
| Downes & Reader Hardwood Co.<br>60 Evans Drive<br>Stoughton, MA 02072 | Downes & Reader Hardwood Co.<br>60 Evans Drive<br>Stoughton, MA 02072 | | | 101,883.27 |
| Schrocks' of Walnut Creek, Inc<br>P.O. Box 138<br>Walnut Creek, OH 44687 | Schrocks' of Walnut Creek, Inc<br>P.O. Box 138<br>Walnut Creek, OH 44687 | | | 83,220.14 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | | | 73,082.74 |
| Adservco Group<br>114 Lee Street<br>30-133 KRAKOW<br>POLAND | Adservco Group<br>114 Lee Street<br>POLAND | | | 71,210.00 |
| L. F. Woodworkers<br>22-29 Greene Avenue<br>Ridgewood, NY 11385 | L. F. Woodworkers<br>22-29 Greene Avenue<br>Ridgewood, NY 11385 | | | 66,000.00 |
| Rings End Lumber<br>9 Taylor Avenue<br>Bethel, CT 06801 | Rings End Lumber<br>9 Taylor Avenue<br>Bethel, CT 06801 | | | 48,287.96 |
| North Pacific<br>14461 Collections Center Drive<br>Chicago, IL 60693 | North Pacific<br>14461 Collections Center Drive<br>Chicago, IL 60693 | | | 46,489.17 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Hallmark Woodworkers, Inc.**                              Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alan McIlvain Lumber<br>PO Box 7780-1408<br>Philadelphia, PA 19182 | Alan McIlvain Lumber<br>PO Box 7780-1408<br>Philadelphia, PA 19182 | | | 46,146.16 |
| Connecticut Saw & Tool LLC<br>140 Avon Street<br>Stratford, CT 06615 | Connecticut Saw & Tool LLC<br>140 Avon Street<br>Stratford, CT 06615 | | | 35,655.96 |
| Atlantic Plywood Corp<br>1590 John Fitch Blvd<br>South Windsor, CT 06074 | Atlantic Plywood Corp<br>1590 John Fitch Blvd<br>South Windsor, CT 06074 | | | 33,486.99 |
| Wiemann Ironworks<br>2620 East 11th Street<br>Tulsa, OK 74104 | Wiemann Ironworks<br>2620 East 11th Street<br>Tulsa, OK 74104 | | | 30,000.00 |
| Equale & Cirone, LLP<br>103 Newtown Road<br>Suite 1A<br>Danbury, CT 06810 | Equale & Cirone, LLP<br>103 Newtown Road<br>Suite 1A<br>Danbury, CT 06810 | | | 28,742.22 |
| Ruby IPD Corp<br>108 Bodwell Street<br>Avon, MA 02322 | Ruby IPD Corp<br>108 Bodwell Street<br>Avon, MA 02322 | | | 26,485.13 |
| Ted Badea Inc.<br>245 Freeman Street<br>Brooklyn, NY 11222 | Ted Badea Inc.<br>245 Freeman Street<br>Brooklyn, NY 11222 | | | 25,789.00 |
| Bates Finishing Supply, Inc<br>168 Ayer Road<br>P. O. Box 1262<br>Littleton, MA 01460 | Bates Finishing Supply, Inc<br>168 Ayer Road<br>P. O. Box 1262<br>Littleton, MA 01460 | | | 21,595.57 |
| Heartland Stairways, Inc.<br>7964 Tr 565<br>Holmesville, OH 44633 | Heartland Stairways, Inc.<br>7964 Tr 565<br>Holmesville, OH 44633 | | | 21,470.00 |
| Stainless Metals, Inc.<br>43-49 10th Street<br>Long Island City, NY 11101 | Stainless Metals, Inc.<br>43-49 10th Street<br>Long Island City, NY 11101 | | | 20,730.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  1, 2011**                         Signature   **/s/ John Griffin**
                                                              **John Griffin**
                                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re  **Hallmark Woodworkers, Inc.**  ,  
Debtor

Case No. _____

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Geyer**<br>**11 Precision Road**<br>**Danbury, CT 06810** | | | **40%** |
| **John Griffin**<br>**11 Precision Road**<br>**Danbury, CT 06810** | | | **60%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 1, 2011**

Signature  **/s/ John Griffin**  
**John Griffin**  
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of Connecticut

In re  **Hallmark Woodworkers, Inc.**                                                                Case No.
Debtor(s)                                                                  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March  1, 2011**                              **/s/ John Griffin**
                                                       **John Griffin**/**President**
                                                       Signer/Title

11 Precision Road, LLC
11 Precision Road
Danbury, CT 06810


Adservco Group
114 Lee Street
30-133 KRAKOW
POLAND


Advanced Office Systems, Inc.
296 East Main Street
Branford, CT 06405


Aflac
Remittance Processng Services
1932 Wynnton Road
Columbus, GA 31999-0797


Alan McIlvain Lumber
PO Box 7780-1408
Philadelphia, PA 19182


Ally
P.O. Box 380902
Bloomington, MN 55438-0902


American Express
P.O. Box 1270
Newark, NJ 07101


AMG Design
107 Amfesco Drive
Plainview, NY 11803


Andy's Home Improvement LLC
115 Hardesty Road
Stamford, CT 06903


Architectural Grille
42 Second Avenue
Brooklyn, NY 11215

Associated Chemicals & Abr Inc
14 Baldwin Drive
Branford, CT 06405


AT&T
P.O. Box 8110
Aurora, IL 60507


Atlantic Plywood Corp
1590 John Fitch Blvd
South Windsor, CT 06074


Automated Waste Disposal, Inc.
307 White Street
Danbury, CT 06810


Bates Finishing Supply, Inc
168 Ayer Road
P. O. Box 1262
Littleton, MA 01460


Capital One Bank
P. O. Box 85147
Richmond, VA 23276


Carey Wiping Materials Corp
1367 East Street
New Britain, CT 06053-2523


CBIA Health Connections
P. O. Box 150495
Hartford, CT 06115-0495


Chase Automotive Finance
P. O. Box 78101
Phoenix, AZ 85062-8101


Cigna
Revenue Management
1111 Market Street
Chattanooga, TN 37402

```
City Carting & Recycling
P.O. Box 17250
Stamford, CT 06907


City of Danbury Wter Departmen
C/O Finance Dept
155 Deer Hill Ave
Danbury, CT 06810


Cleary Millwork, Inc
P.O. Box 360078
Boston, MA 02241-0678


Connecticut Plywood Corp
P.O. Box 330236
West Hartford, CT 06133-0236


Connecticut Saw & Tool LLC
140 Avon Street
Stratford, CT 06615


Create-A-Shed Inc.
4735 Poplar Level Road
Suite 3
Louisville, KY 40213


Danbury Sheet Metal
11 Trowbridge Drive
Bethel, CT 06801


David Geyer
11 Precision Road
Danbury, CT 06810


Downes & Reader Hardwood Co.
60 Evans Drive
Stoughton, MA 02072


DUO-FAST Northeast
P.O. Box 280127
East Hartford, CT 06128-0127
```

```
Empire Mirror & Glass Ltd.
77 Cliffwood Avenue
#3A
Cliffwood, NJ 07721


Equale & Cirone, LLP
103 Newtown Road
Suite 1A
Danbury, CT 06810


Eurocraft Builders Inc
62-46 Forest Avenue
Ridgewood, NY 11385


Exxon Mobil
Processing Center
P.O. Box 688938
Des Moines, IA 50368


Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fire Protection Testing, Inc.
1701 Highland Avenue #4
Cheshire, CT 06410


Four Corners, LLC
5979 North Elm Avenue
Mount Marion, NY 12456


Gilley Kitchen & Bath
76 South Main Street
Winsted, CT 06098


Glendale Wood Products, Inc.
71-02 80th Street
Ridgewood, NY 11385


Hat City
22 Eagle Road
P.O. Box 333
Danbury, CT 06813
```

```
Heartland Stairways, Inc.
7964 Tr 565
Holmesville, OH 44633


Hitachi Capital America Corp
800 Connecticut Avenue
4th Floor Collections
Norwalk, CT 06854


Ikon Financial Services
P.O. Box 41564
Philadelphia, PA 19101-1564


IKON Office Solutions
P.O. Box 827577
Philadelphia, PA 19182-7577


Internal Revenue Service
915 Lafayette Boulevard
Room 120-Attn Joseph Darragh
Bridgeport, CT 06604


JJ Snyder Studio, Inc.
12 Hampton Place
Brooklyn, NY 11213


John Griffin
11 Precision Road
Danbury, CT 06810


Joseph Brennan
11 Precision Road
Danbury, CT 06810


Joseph Merrit & Company
Attn: Accounts Receivable
P.O. Box 340479
Hartford, CT 06134-0479


Katonah Architectural Hardware
143 Katonah Avenue
Katonah, NY 10536
```

Keiver-Willard Lumber Corp
11-13 Graf Road
Newburyport, MA 01950-4091


Kundig Contracting, Inc.
2201-P Fifth Avenue
Ronkonkoma, NY 11779


L. F. Woodworkers
22-29 Greene Avenue
Ridgewood, NY 11385


Mathew Glass & Arch. Design
C/O Joe Matta
93 Derby Avenue
Orange, CT 06477


MFS Simple Plan
MFS Service Center, Inc.
2 Avenue deLafayette
Boston, MA 02111-1738


Millennium Stone LTD
One Mill Street
Port Chester, NY 10573


Morgan's Fine Finishes
P.O. Box 1086
Hailey, ID 83333


North Pacific
14461 Collections Center Drive
Chicago, IL 60693


Northeast Utilities
P.O. Box 2957
Hartford, CT 06104


Northeast Utilities-B
P.O. Box 2957
Hartford, CT 06104

```
Northeast Utilities-E
P.O. Box 2960
Hartford, CT 06104


Northern Safety Co., Inc
P. O. Box 4250
Utica, NY 13504


NYC Department of Finance
General Corporation Tax
P.O. Box 5040
Kingston, NY 12402


NYC Department of Finance
Parking Violations
P.O. Box 2127
New York, NY 10272


NYS Thruway Authority
P.O. Box 189
Albany, NY 12201


Outdoor Images Lawn & Landscap
3 Ironwood Drive
Danbury, CT 06811


Outwater Hardware Corp
132 Beaver Brook Road
Lincoln Park, NJ 07035


Peerless Insurance Company
P.O. Box 2051
Keene, NH 03431


PMAIC
PMA Insur. Group lck Bx 9831
P.O. Box 8500
Philadelphia, PA 19178


Ponders Hollow
16 Ponders Hollow Road
P.O. Box 579
Westfield, MA 01086
```

```
Poppe & Shourasker, LLP
Empire State Building
250 Fifth Avenue, 73 Floor
New York, NY 10118


Precision Veneer
160 Carling View Drive
Toronto
ONT M9W5X9


Provident Life & Accident
Insurance Company
P.O. Box 740592
Atlanta, GA 30374


Pure Water Finance
P.O. Box 404582
Atlanta, GA 30384


Recoll LLC
4 Pin Oak Drive
Branford, CT 06405


Richelieu American LTD
P.O. Box 687
Rocky Hill, CT 06067


Ridgefield Glass
4 Danbury Road
Ridgefield, CT 06877


Ridgefield Supply Co.
23 Prospect Street
P.O. Box 519
Ridgefield, CT 06877


Rings End Lumber
9 Taylor Avenue
Bethel, CT 06801


Roberts Pywood Co
45 North Industry Court
Deer Park, NY 11729
```

```
Rockwood Pine Wood Doors
5264 TWP Rd 401
Millersburg, OH 44654


Ruby IPD Corp
108 Bodwell Street
Avon, MA 02322


Sage Construction & Real Estat
P.O. Box 230578
Portland, OR 97281


Santos Interiors LLC
734 Knapps Hwy
Fairfield, CT 06824


Schrocks' of Walnut Creek, Inc
P.O. Box 138
Walnut Creek, OH 44687


Shell Oil
P.O. Box 183019
Columbus, OH 43218


Stainless Metals, Inc.
43-49 10th Street
Long Island City, NY 11101


T&A Construction LLC
47 Wellington Drive
Stamford, CT 06903


Tax Collector, City of Danbury
P.O. Box 237
Danbury, CT 06813


Tech Air
P.O. Box 0021
Brattleboro, VT 05302-0021
```

```
Ted Badea Inc.
245 Freeman Street
Brooklyn, NY 11222


Thomas M. Amato Co., Inc.
51-02  21st Street
Long Island City, NY 11101


Toyota Financial Services
P.O. Box 371339
Pittsburgh, PA 15250-1339


Trzaska Construction LLC
118 Gray Farms Road
Stamford, CT 06905


Uline
2200 South Lakeside Drive
Waukegan, IL 60085


Union Savings Bank
226 Main Street
P.O. Box 647
Danbury, CT 06810


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


Verizon Wireless
P.O. Box 15062
Albany, NY 12212-5062


W.B. Mason
P.O. Box 111
Brockton, MA 02303


Wainland's Inc.
24-60  47th Street
Astoria, NY 11103
```

Warren M. Daya
Architectural Woodwork Draftin
50-19 38 Street
Long Island City, NY 11101


Wells Technical Services
3 West Street Extension
Andover, CT 06232


Wiemann Ironworks
2620 East 11th Street
Tulsa, OK 74104


Woodworkers Resource LLC
P.O. Box 934
East Granby, CT 06026-0934


Yankee Gas Service Co.
P.O. Box 2919
Hartford, CT 06104-2919

# United States Bankruptcy Court
## District of Connecticut

In re  **Hallmark Woodworkers, Inc.**                                        Case No.
                                   Debtor(s)                                  Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hallmark Woodworkers, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**March  1, 2011**                                **/s/ Douglas S. Skalka, Esq.**
Date                                              **Douglas S. Skalka, Esq. ct00616**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Hallmark Woodworkers, Inc.**
                                                  **Neubert, Pepe & Monteith, P.C.**
                                                  **195 Church Street, 13th Floor**
                                                  **New Haven, CT 06510**
                                                  **203-821-2000 Fax:203-821-2008**